### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| REGINA EVANS,<br><br>                Plaintiff,<br><br>v.<br><br>LIMETREE BAY TERMINALS, LLC,<br>d/b/a OCEAN POINT TERMINALS, LLC,<br><br>                Respondent. | Case Number: 1:23-CV-42 |

### NOTICE OF FILING FIRST AMENDED COMPLAINT

**COMES NOW** Plaintiff, Regina Evans, by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(1)(B) and gives notice of filing her First Amended Complaint. Plaintiff files her First Amended Complaint as a matter of course, within 21 days of service of a responsive pleading, as required by Fed. R. Civ. P. 15(a)(1)(B). The marked-up original complaint delineating the changes is attached as **Exhibit "1"**. The complete and signed copy of the First Amended Complaint, effective as of the date of this filing is attached as **Exhibit "2"**.

                                              RESPECTFULLY SUBMITTED
                                              LEE J. ROHN AND ASSOCIATES, LLC
                                              Attorneys for Plaintiff

DATED: October 17, 2023            BY:   /s/ *Lee J. Rohn*
                                                      Lee J. Rohn, Esq.
                                                      VI Bar No. 52
                                                      1108 King Street, Suite 3 (mailing)
                                                      56 King Street, Third Floor (physical)
                                                      Christiansted, St. Croix
                                                      U.S. Virgin Islands 00820
                                                      Telephone: (340) 778-8855
                                                      lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

***EVANS, REGINA V. LIMETREE BAY TERMINALS, LLC*, CASE NO. 1:23-CV-42**
**NOTICE OF FILING FIRST AMENDED COMPLAINT**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

All counsel of record

BY: /s/ *Lee J. Rohn* (kjg)